UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CYRENA CHANG PAULIN, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 12-86 (GK) |
| THE GEORGE WASHINGTON UNIVERSITY SCHOOL OF MEDICINE & HEALTH SCIENCES, | : |
| Defendant. | : |

## ORDER

Plaintiff has filed a Motion in Limine to Preclude Charles Betsey, Ph.D. from Testifying [Dkt. No. 52]. Upon consideration of the Motion, the Opposition [Dkt. No. 65], and the Reply [Dkt. No. 67], the Court concludes that the Motion shall be **denied**.

Dr. Betsey's expert testimony satisfies all the requirements of Federal Rule of Evidence Procedure 703, Federal Rule of Evidence 702, Daubert v. Merrell-Dow Pharmaceuticals, Inc., 509 U.S. 579, 592-93 (1993), and the extensive case law following Daubert, including Ambrosini v. Labarraque, 101 F.3d 129, 133 (D.C. Cir. 1996). In addition, all of the objections raised by Plaintiff to Dr. Betsey's qualifications and methodology can easily be addressed on cross-examination.

**WHEREFORE**, it is this 4th day of September, 2013, hereby

**ORDERED**, that Plaintiff's Motion in Limine to Preclude Charles Betsey, Ph.D. from Testifying is **denied**.

/s/ Gladys Kessler
Gladys Kessler
United States District Judge