UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRENA CHANG PAULIN,⠀⠀⠀⠀⠀⠀:
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀:
⠀⠀⠀⠀Plaintiff,⠀⠀⠀⠀⠀⠀⠀:
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀:
⠀⠀⠀⠀v.⠀⠀⠀⠀⠀⠀⠀⠀⠀:⠀⠀⠀⠀Civil Action No. 12-86 (GK)
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀:
THE GEORGE WASHINGTON⠀⠀⠀:
UNIVERSITY SCHOOL OF⠀⠀⠀⠀:
MEDICINE & HEALTH SCIENCES,⠀:
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀:
⠀⠀⠀⠀Defendant.⠀⠀⠀⠀⠀:

## ORDER

Plaintiff has filed a Motion in Limine to Preclude Defendant from Introducing Evidence Regarding Plaintiff's Performance in Prior Rotations and Classes [Dkt. No. 63]. The Court has considered the Motion, the Opposition [Dkt. No. 71], and the Reply [Dkt. No. 75].

**WHEREFORE**, it is this 6th day of September, 2013, hereby

**ORDERED**, that Plaintiff's Motion in Limine to Preclude Defendant from Introducing Evidence Regarding Plaintiff's Performance in Prior Rotations and Classes is **denied**.

⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀Gladys Kessler
⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀⠀United States District Judge