JUROR #7

**FILED**

SEP 2 3 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

YOUR HONOR,

I WAS ABLE TO RESCHEDULE A DOCTOR'S APPOINTMENT FROM WEDNESDAY @ 1:30PM TO THURSDAY @ 3:00PM DUE TO A CANCELLATION. IF IT'S ANTICIPATED THAT I WILL NOT BE ABLE TO MAKE THIS APPOINTMENT, I NEED TO GIVE THEM ADVANCED NOTICE TO AVOID CANCELLATION PENALTIES.