JUROR #7

**FILED**
SEP 24 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Your Honor,

If trial is going to extend into Thursday, I'll need to have access to a phone to call and reschedule my Dr.'s appointment. It appears that deliberation will begin tomorrow, so I wanted to make sure I can have a chance to use the phone. I'm unaware of the rules of deliberation, so I'm just making sure. Thank you.