UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CYRENA CHANG PAULIN,              :
                                  :
            Plaintiff,            :
                                  :
      v.                          :   Civil Action No. 12-86 (GK)
                                  :
THE GEORGE WASHINGTON             :
UNIVERSITY SCHOOL OF              :
MEDICINE & HEALTH SCIENCES,       :
                                  :
            Defendant.            :

**FILED SEP 2 6 2013** Clerk, U.S. District and Bankruptcy Courts

## VERDICT FORM

**Question 1:**

Do you find that Defendant George Washington University School of Medicine and Health Sciences breached -- or broke -- its contract with Cyrena Chang Paulin?

[ ]  Yes

[X]  No


**Question 2:**

Do you find that Defendant George Washington University School of Medicine and Health Sciences breached -- or broke -- the covenant of good faith and fair dealings contained in its contract with Plaintiff Cyrena Chang Paulin?

[ ]  Yes

[X]  No