Civil Judgment (Rev. DC 03/10)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

CYRENA CHANG PAULIN

     Plaintiff(s)

v.

GEORGE WASHINGTON UNIVERSITY SCHOOL OF MEDICINE AND HEALTH SCIENCES

     Defendant(s)

Civil Action No. 12-86 (GK)

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable

__JUDGE GLADYS KESSLER__, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

CYRENA CHANG PAULIN

take nothing on the complaint against the defendant(s):

GEORGE WASHINGTON UNIVERSITY SCHOOL OF MEDICINE AND HEALTH SCIENCES

and that the said defendant(s) have and recover costs from the said plaintiff(s).

ANGELA D. CAESAR, Clerk

Dated: __SEPTEMBER 30, 2013__  By: _____/s/ Tonya T. Hightower_____
                                                                      Deputy Clerk